DAYTON BAR ASSOCIATION *v.* AUSTIN.

[Cite as *Dayton Bar Assn. v. Austin* (1997), 80 Ohio St.3d 440.]

(No. 97–1748—Submitted October 7, 1997—Decided December 31, 1997.)

*John M. Ruffolo,* for relator.

*Gary J. Leppla,* for respondent.

---

**Per Curiam.** We adopt the findings and conclusions of the board. Based upon the mitigating circumstances, we find, as recommended by the board, that respondent ought to be and he hereby is publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.